### 62898. GOLDBERG v. NATIONAL BANK OF WALTON COUNTY.

DEEN, Presiding Judge.

This interlocutory appeal is dismissed as improvidently granted.

*Appeal dismissed. Banke and Carley, JJ., concur.*

DECIDED OCTOBER 26, 1981 —
REHEARING DENIED NOVEMBER 17, 1981 —

*Robert M. Goldberg,* for appellant.
*Tom Pye,* for appellee.